UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL J. MONROE,

        Plaintiff,

-against-

TOWN OF HAVERSTRAW POLICE
OFFICER SEAN CAMBEL, et al.,

        Defendants.

**ORDER**

20-CV-10944 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Court held an Initial Pretrial Telephone Conference today, August 11, 2021. Counsel for Defendants and Plaintiff, proceeding *pro se*, appeared. The Civil Case Discovery Plan and Scheduling Order approved during the conference shall be docketed separately. Counsel for Defendants is reminded that it is their responsibility to ensure that the facility within which Plaintiff is incarcerated produces him for conferences.

    Counsel for Defendants is directed to serve a copy of this Order and the docketed Civil Case Discovery Plan and Scheduling docketed today on Plaintiff and file proof of service on the docket by 5:00 p.m. on August 12, 2021.

                            **SO ORDERED:**

Dated:  White Plains, New York
          August 11, 2021

                            _____
                            PHILIP M. HALPERN
                            United States District Judge