UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL J. MONROE,

           Plaintiff,

-against-

TOWN OF HAVERSTRAW POLICE
OFFICER SEAN CAMBEL, et al.,

           Defendants.

**ORDER**

20-CV-10944 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Court held a Pre-Motion Conference by telephone today, February 1, 2022, to discuss Defendants' anticipated motion under Federal Rule of Civil Procedure 37. Counsel for Defendants and Plaintiff, proceeding *pro se*, appeared. As stated on the record, Plaintiff shall appear for his deposition on or before February 11, 2022. No other modifications, adjournments, or extensions to the Amended Civil Case Discovery Plan and Scheduling Order will be granted. Should Plaintiff not appear for his deposition on or before the aforementioned deadline, counsel for Defendants shall serve and file a letter so advising the Court.

    Plaintiff is warned that, should he fail to appear for his deposition as directed during the conference, this case may be dismissed.

    Counsel for Defendants is directed to serve a copy of this Order on Plaintiff and file proof of service on the docket by 5:00 p.m. on February 2, 2022.

                            **SO ORDERED:**

Dated:  White Plains, New York
           February 1, 2022

                            _____
                            PHILIP M. HALPERN
                            United States District Judge