> Application granted.
>
> The Case Management Conference scheduled for 11:30 a.m. on June 15, 2022 is adjourned to 1:00 p.m. on June 15, 2022. At the time of the conference, all parties shall call: (888) 398-2342; access code: 3456831.
>
> Defendants are directed to serve a copy of this Order on Plaintiff and file proof of service on the docket by 5:00 p.m. on April 25, 2022.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 52.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         April 22, 2022

**VIA ECF**
Honorable Philip M. Halpern
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re:  **MONROE v. TOWN OF HAVERSTRAW POLICE OFFICER SEAN CAMBEL, et al.**
Docket No.: 7:20-cv-10944 (PMH)
Our File No.: (TRV) 72111

Dear Honorable Judge Halpern:

  This firm represents the defendants, Town of Haverstraw Police Officer Sean Campbell (s/h/a Town of Haverstraw Police Officer Sean Campbel), Police Officer William Santiago, Lieutenant Ian Kaye, and the Town of Haverstraw (hereinafter referred to as "defendants"), in the above-referenced matter.  We write to the Court respectfully seeking a brief adjournment of the time of the telephonic Case Management Conference scheduled for June 15, 2022, which is currently scheduled that day at 11:30 a.m. as per the Court's Order, dated April 14, 2022.

  It is respectfully submitted that the defendants' trial counsel, Kenneth E. Pitcoff, Esq. of this office is not available at 11:30 a.m. as he has a prior commitment that will prevent him from being able to appear for said conference at that time.  However, Mr. Pitcoff is available anytime that same day after 12:00 p.m.  Therefore, it is respectfully requested that the conference be adjourned to a time after 12:00 p.m. on June 15, 2022.  This is the first request for an adjournment of the aforementioned Case Management Conference.

  Your undersigned attempted to obtain *pro se* plaintiff's consent to this application, but he has failed to respond.  Specifically, your undersigned called *pro se* plaintiff and left him a voicemail on April 20, 2022, at approximately 12:30 p.m.  In addition, your undersigned also emailed him promptly thereafter requesting that he advise whether he would consent to this request

for a brief adjournment.  Presently, *pro se* plaintiff has not responded to your undersigned either by telephone and/or email.

    We thank the Court in advance for its consideration of this matter.

                    Respectfully submitted,

                    *s/Frank H. Foster*
                    FRANK H. FOSTER

cc:   *Via Email and U.S. Mail*
      Michael J. Monroe
      *Pro Se Plaintiff*
      102 East Eckerson
      Spring Valley, New York 10977
      Email: mmonroe916@gmail.com