UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL J. MONROE,

           Plaintiff,

-against-

TOWN OF HAVERSTRAW POLICE
OFFICER SEAN CAMBEL, et al.,

           Defendants.

**ORDER**

20-CV-10944 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Due to a scheduling conflict, the Case Management Conference scheduled to proceed by telephone at 1:00 p.m. on June 15, 2022 is rescheduled to proceed at 12:30 p.m. on June 27, 2022. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code: 3456831.

    Defendants are directed to serve a copy of this Order on Plaintiff and file proof of service on the docket by 5:00 p.m. on June 10, 2022.

                                                          **SO ORDERED:**

Dated:  White Plains, New York
           June 9, 2022

                                                    PHILIP M. HALPERN
                                                    United States District Judge