**m**

MORRIS DUFFY ALONSO

101 GREENW~~ICH~~
22~~ND~~ Fl~~oor~~
NEW YORK, NE~~W~~
(212) 76~~
FAX (212) 7~~
WWW.MDA~~

Application granted in part.

The Case Management Conference scheduled for June 27, 2022 is adjourned to 2:00 p.m. on July 25, 2022. At the time of the scheduled conference, all parties shall call: (888) 398-2342; access code: 3456831.

Defendants are directed to serve a copy of this Order on Plaintiff and file proof of service on the docket by 5:00 p.m. on June 23, 2022.

The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 65.

SO ORDERED.

_____

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
       June 22, 2022

**VIA ECF**
Honorable Philip M. Halpern
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

      Re:    **MONROE v. TOWN OF HAVERSTRAW**
             **POLICE OFFICER SEAN CAMBEL, et al.**
             Docket No.: 7:20-cv-10944 (PMH)
             Our File No.: (TRV) 72111

Dear Honorable Judge Halpern:

      This firm represents the defendants, Town of Haverstraw Police Officer Sean Campbell (s/h/a Town of Haverstraw Police Officer Sean Campbel), Police Officer William Santiago, Lieutenant Ian Kaye, and the Town of Haverstraw (hereinafter referred to as "defendants"), in the above-referenced matter.  We write to the Court respectfully seeking a brief adjournment of the time of the telephonic Case Management Conference that is currently scheduled for June 27, 2022, at 12:30 p.m. as per the Court's Order, dated June 9, 2022.

      It is respectfully submitted that the defendants' trial counsel, Kenneth E. Pitcoff, Esq. of this office is not available at 12:30 p.m. as he already has a telephonic status conference scheduled before Magistrate Judge Andrew E. Krause of the Southern District of New York in another matter that was previously scheduled before the Court's recent adjournment and rescheduling of this case management conference, which will prevent him from being able to appear for this conference at the currently scheduled time.  However, Mr. Pitcoff is available anytime that same day after 1:30 p.m.  Therefore, it is respectfully requested that this conference be adjourned to a time after 1:30 p.m. on June 27, 2022.

      This is the first request for an adjournment of the aforementioned Case Management Conference since it has been rescheduled to June 27, 2022.  As the Court may recall, the defendants

previously requested a brief adjournment regarding the time of the conference that was previously scheduled for June 15, 2022, before it was ultimately adjourned.

Your undersigned attempted to obtain *pro se* plaintiff's consent to this application, but he has failed to respond.  Specifically, your undersigned emailed *pro se* plaintiff requesting that he advise whether he would consent to this request for a brief adjournment on June 20, 2022, at approximately 11:30 a.m.  In addition, your undersigned also tried to call *pro se* plaintiff that same day, but received an automated message that the subscriber's phone number was not in service. Presently, *pro se* plaintiff has not responded to your undersigned either by email and/or telephone.

We thank the Court in advance for its consideration of this matter.

Respectfully submitted,

*s/Frank H. Foster*
FRANK H. FOSTER

cc:   *Via Email and U.S. Mail*
      Michael J. Monroe
      *Pro Se Plaintiff*
      102 East Eckerson
      Spring Valley, New York 10977
      Email: mmonroe916@gmail.com