UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL J. MONROE,

            Plaintiff,

-against-

TOWN OF HAVERSTRAW POLICE
OFFICER SEAN CAMBEL, et al.,

           Defendants.

**ORDER**

20-CV-10944 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Plaintiff has provided the Court with an updated mailing address. (Doc. 69). Defense counsel shall, therefore, serve on Plaintiff by mail copies of: (1) this Order; and (2) the Court's July 25, 2022 Order.

    Defense counsel shall file proof of service to the docket by 5:00 p.m. on August 19, 2022.

**SO ORDERED:**

Dated:  White Plains, New York
         August 18, 2022

_____
PHILIP M. HALPERN
United States District Judge