UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL J. MONROE,

                Plaintiff,

-against-

TOWN OF HAVERSTRAW POLICE
OFFICER SEAN CAMBEL, et al.,

                Defendants.

**ORDER**

20-CV-10944 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court held a Case Management Conference today by telephone. Plaintiff, proceeding *pro se*, and counsel for Defendants appeared. As stated more fully on the record, the Court directed:

1. Defense counsel shall e-mail Plaintiff copies of the pending Motion *in Limine*, Proposed Joint Pretrial Order, Proposed *Voir Dire*, Proposed Requests to Charge, and Proposed Verdict Form (collectively, "Pretrial Submissions") forthwith.

2. Defense counsel shall serve and file, by 5:00 p.m. on September 2, 2022, a letter advising whether Plaintiff has reviewed the Pretrial Submissions and has any objections thereto.

3. Plaintiff shall serve and file on September 20, 2022: (a) opposition, if any, to the pending Motion *in Limine*; and (b) a letter advising the Court as to whether he intends to retain counsel for trial and, if so, his efforts to do so.

4. Plaintiff, to the extent he wishes to apply for appointment of *pro bono* trial counsel, is referred to the Court's Office of Pro Se Intake Unit.

The next conference in this matter shall proceed by telephone at 09:30 a.m. on October 31, 2022. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code: 3456831. Defense counsel is directed to mail and e-mail a copy of this Order to Plaintiff.

                                            **SO ORDERED:**

Dated:   White Plains, New York
            August 31, 2022

                                            _____
                                            PHILIP M. HALPERN
                                            United States District Judge