UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

MICHAEL J. MONROE,

                 Plaintiff,

v.

TOWN OF HAVERSTRAW, OFFICER SEAN
CAMBEL, OFFICER WILLIAM SANTIAGO,
OFFICER IAN KAYE,

                 Defendant.
----------------------------------------------------------X

<u>ORDER</u>

20-CV-10944 (PMH)

     Due to a scheduling conflict, the case management conference scheduled for October 31, 2022 at 9:30 a.m. is rescheduled to 10:30 a.m. on the same date to be held by telephone conference. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831.

     Defendants are directed to notify Plaintiff of the new time for the rescheduled case management conference.

SO ORDERED:

Dated: White Plains, New York
       October 27, 2022

                                                  _____
                                                  Philip M. Halpern
                                                  United States District Judge