UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL J. MONROE,

              Plaintiff,

-against-

TOWN OF HAVERSTRAW POLICE
OFFICER SEAN CAMBEL, et al.,

              Defendants.

**ORDER**

20-CV-10944 (PMH)

PHILIP M. HALPERN, United States District Judge:

    A Case Management Conference was scheduled to proceed today by telephone at 10:30 a.m. Although counsel for Defendants appeared, Plaintiff, proceeding *pro se*, failed to do so. The conference was, therefore, adjourned.

    The Case Management Conference shall proceed by telephone at 12:30 p.m. on November 22, 2022. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code: 3456831.

    The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

                                                **SO ORDERED:**

Dated:   White Plains, New York
           October 31, 2022

                                                PHILIP M. HALPERN
                                                United States District Judge