> Application granted.
>
> The case management conference scheduled for November 22, 2022 at 12:30 p.m. is adjourned to November 29, 2022 at 11:00 a.m.
>
> At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code: 3456831.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         November 21, 2022

**VIA ECF**
Honorable Philip M. Halpern
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

  Re: **MONROE v. TOWN OF HAVERSTRAW**
     **POLICE OFFICER SEAN CAMBEL, et al.**
     Docket No.: 7:20-cv-10944 (PMH)
     Our File No.: (TRV) 72111

Dear Honorable Judge Halpern:

  This firm represents the defendants, Town of Haverstraw Police Officer Sean Campbell (s/h/a Town of Haverstraw Police Officer Sean Campel), Police Officer William Santiago, Lieutenant Ian Kaye, and the Town of Haverstraw (hereinafter referred to as "defendants"), in the above-referenced matter.  We write to the Court respectfully seeking a brief adjournment of the telephonic Case Management Conference that is currently scheduled for tomorrow, November 22, 2022, at 12:30 p.m.

  It is respectfully submitted that the defendants' trial counsel, Kenneth E. Pitcoff, Esq. of this office is not available for tomorrow's conference in this matter as he has a Court ordered deposition in another matter, *Indig et al. v. The Village of Pomona et al.*, Case No.: 7:18-cv-10204 (JCM), that he must attend to and that will take all day, which will prevent him from being able to appear for said conference.  As such, it is respectfully requested that the Court briefly adjourn the telephonic Case Management Conference to next week.

  Plaintiff's trial counsel has consented to this application.  If it is convenient for the Court, all parties are available any time next Tuesday, November 29, 2022, and/or any time after 12:00 p.m. next Wednesday, November 30, 2022.  This is the first request for an adjournment of the aforementioned Case Management Conference.

      We thank the Court in advance for its consideration of this matter.

                              Respectfully submitted,

                              *s/Frank H. Foster*
                              FRANK H. FOSTER

cc: All Counsel of Record (via ECF)