UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL J. MONROE,

                Plaintiff,

-against-

SEAN CAMPBELL, et al.,

                Defendants.

**ORDER**

20-CV-10944 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Court held a case management conference on November 29, 2022. Counsel for all parties appeared.

    Plaintiff requested that Defendants be directed to verify their interrogatory responses, Defendants objected to this request on the basis that discovery in this matter has closed. Given that Plaintiff's counsel appeared in this case after the close of discovery, the Court directs Defendants to verify the previously-served interrogatory responses as soon as possible.

    The Court directs the parties to meet and confer on what portions of the video exhibits Defendant intends to use at trial.

    Due to the parties' scheduling conflicts, trial date for this case is moved from May 8, 2023 to **May 9, 2023**. The Court will inform the parties whether this matter will proceed to trial on May 9, 2023 as soon as possible.

Finally, Ira G. Greenberg and Harry K. Tiwari have filed limited appearances as *pro bono* counsel for Plaintiff in this case. (Doc.84; Doc. 89). The Court respectfully directs the Clerk of Court to list Ira G. Greenberg and Harry K. Tiwari as counsel of record for Plaintiff in this case.

**SO ORDERED.**

Dated: White Plains, New York
November 30, 2022

_____
PHILIP M. HALPERN
United States District Judge