UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL J. MONROE,

        Plaintiff,

-against-

TOWN OF HAVERSTRAW POLICE OFFICER SEAN CAMBEL, ET AL.,

        Defendants.

**ORDER**

20-CV-10944 (PMH)

PHILIP M. HALPERN, United States District Judge:

The parties are hereby notified that an in-person pre-trial conference has been scheduled for **Thursday, February 2, 2023 at 10:00 a.m.** Counsel for all parties shall appear at that date and time in Courtroom 520 of the White Plains courthouse located at 300 Quarropas Street, White Plains, New York 10601.

                                      SO ORDERED.

Dated: White Plains, New York
           January 25, 2023

                                      PHILIP M. HALPERN
                                      United States District Judge