UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael J. Monroe,

                Plaintiffs,

-against-

Town of Haverstraw Police Officer Sean Cambel, et al.,

                Defendants.

**ORDER**

20-CV-10944 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court held an in-person pretrial conference on February 2, 2023. Counsel for all parties appeared. As explained more fully on the record during the appearance, the Court directs as follows:

1. The parties are hereby notified that this case is no longer the back-up trial and that this case will proceed to jury selection and trial on **May 9, 2023 at 9:30 a.m.** The case must therefore be trial ready for that date. All parties and counsel shall appear on that date at 9:00 a.m. in Courtroom 520 of the White Plains courthouse located at 300 Quarropas Street, White Plains, New York 10601.

2. The parties shall meet and confer and submit a marked pleading in accordance with Rule 3(b) of the Court's Individual Practices by **February 15, 2023**.

3. The parties shall meet and confer regarding the Court's directives and instructions as to the Amended Proposed Joint Pretrial Order (Doc. 95) and file, by **February 15, 2023**, a Second Amended Proposed Joint Pretrial Order.

    a. Each exhibit listed in the Amended Proposed Joint Pretrial Order (Doc. 95) for which no objection is raised therein is admitted for all purposes at trial. The resubmitted Joint Pretrial Order shall identify those exhibits as "admitted" under the "Objections" column.

4. The parties shall meet and confer regarding the Proposed Verdict Sheet (Doc. 97) and file, by **February 15, 2023**, an Amended Proposed Verdict Sheet in accordance with the Court's comments thereto on the record.

5. The parties shall meet and confer regarding objections in the Proposed Jury Charge (Doc. 96) and file, by **February 15, 2023**, an Amended Proposed Joint Jury Instruction in accordance with the Court's comments thereto on the record.

6. The following questions in the parties' Proposed *Voir Dire* (Doc. 87) are **denied**: 28 (last three questions), 29 (last four questions), 30, 32, 35, 37-40. The remaining questions are **granted** or **granted in substance**.

    a. The parties shall meet and confer and file, by **February 15, 2023**, a Second Amended Proposed *Voir Dire* Form in accordance with the Court's rulings. The parties shall also submit a proposed statement of the case.

7. Three exhibit binders including indices and flash drives shall be produced for each side to the Court no later than **May 3, 2023.**

8. A Final Pretrial Conference is scheduled for **May 3, 2023 at 10:00 a.m.**, in person, in Courtroom 520 of the White Plains Courthouse.

**SO ORDERED:**

Dated:  White Plains, New York
         February 2, 2023

_____
PHILIP M. HALPERN
United States District Judge