

**MORRIS DUFFY ALONSO** [& FALEY]

101 GR[EENWICH STREET]
22[ND FLOOR]
NEW YORK, [NY 10006]
(212[) ...]
FAX (2[12) ...]
www[...]

> Application granted. The Final Pretrial Conference scheduled for May 3, 2023 is rescheduled to 10:00 a.m. on May 4, 2023 to be held in Courtroom 520.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 109.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> April 14, 2023

**VIA ECF**
Honorable Philip M. Halpern
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re:   **MONROE v. CAMBEL et al.**
      Docket No.: 7:20-cv-10944 (PMH)
      Our File No.: (TRV) 72111

Dear Honorable Judge Halpern:

      This firm represents the defendants, Town of Haverstraw Police Officer Sean Campbell (s/h/a Town of Haverstraw Police Officer Sean Campbel), Police Officer William Santiago, Lieutenant Ian Kaye, and the Town of Haverstraw (hereinafter referred to as "defendants"), in the above-referenced matter. We write to the Court respectfully seeking a brief adjournment of the in person Final Pretrial Conference that is currently scheduled for Wednesday, May 3, 2023, at 10:00 a.m.

      It is respectfully submitted that the defendants' trial counsel, Kenneth E. Pitcoff, Esq. of this office, will be on trial in another matter in another county that he anticipates will conclude on May 3, 2023, which will prevent him from being able to appear for this conference. As such, it is respectfully requested that the Court briefly adjourn the in person Final Pretrial Conference to the next day, Thursday, May 4, 2023. Plaintiff's trial counsel has consented to this application to adjourn to May 4, 2023, but he is unavailable on Friday, May 5, 2023. This is the first request for an adjournment of this conference.

      We thank the Court in advance for its consideration of this matter.

Respectfully submitted,

_s/ Frank H. Foster_
FRANK H. FOSTER

cc: All Counsel of Record (via ECF)