UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL J. MONROE,

            Plaintiff,

-against-

TOWN OF HAVERSTRAW POLICE OFFICER SEAN CAMBEL, POLICE OFFICER WILLIAM SANTIAGO, POLICE OFFICER IAN KAYE, and TOWN OF HAVERSTRAW,

            Defendants.

**ORDER**

20-CV-10944 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Before the Court is Plaintiff's motion to dismiss his 42 U.S.C. § 1983 claim for deliberate indifference against Defendant William Santiago. (Doc. 108). Defendants consent to the dismissal of Plaintiff's deliberate indifference claim. (*Id.*). The Court GRANTS Plaintiff's motion to dismiss and dismisses with prejudice Plaintiff's 42 U.S.C. § 1983 claim for deliberate indifference against Defendant William Santiago.

                              SO ORDERED.

Dated:  White Plains, New York
         April 27, 2023

                              PHILIP M. HALPERN
                              United States District Judge