**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MICHAEL J. MONROE,

                Plaintiff,                20 **CIVIL** 10944 (PMH)

       -against-                      **JUDGMENT**

TOWN OF HAVERSTRAW POLICE OFFICER
SEAN CAMBEL, POLICE OFFICER WILLIAM
SANTIAGO, POLICE OFFICER IAN KAYE,
and TOWN OF HAVERSTRAW,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Philip M. Halpern, United States District Judge, the jury having returned a verdict in favor of Defendants, and the Complaint is hereby dismissed.

**DATED:**  New York, New York

May 10, 2023

                                                          **RUBY J. KRAJICK**

**So Ordered:**                                    **Clerk of Court**

                                            **BY:**   *K. Mango*

**U.S.D.J.**                                          **Deputy Clerk**